UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

HUBERT CAVE,

      Plaintiff,

v.

Civil Action No. 16-CV-6281

DIVERSIFIED CONSULTANTS, INC.,

      Defendant.

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED:  10/27/2016

/s/ Seth J. Andrews
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288

DATED:

/s/ Michael Del Valle
Mr. Michael Del Valle, Esq.
Sessions, Fishman, Nathan & Israel
*Attorney for Defendant*
6225 Sheridan Drive, Suite 308
Williamsville, NY 14221
Phone: (716) 625-7492